IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01759-MSK-MEH

KARVELAS L. STEVENS,

    Plaintiff,

v.

DHS DRILLING COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 3, 2010.**

    The Joint Motion for Protective Order [filed November 30, 2010; docket #20] is **granted**. Regarding paragraph twelve of the proposed order, the Court adopts Defendant's proposal as consistent with the model protective order stated in *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000). The Court enters the Protective Order as modified contemporaneously with this minute order.