IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01759-WJM-MEH

KARVELAS L. STEVENS,

     Plaintiff,

v.

DHS DRILLING COMPANY,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 17, 2011.**

     Plaintiff's (Third) Unopposed Motion to Modify the Scheduling Order to Extend Deadlines for Limited Discovery and Dispositive Motions [filed August 15, 2011; docket #40] is **granted in part and denied in part**. The Court finds that the Plaintiff has failed to demonstrate good cause for a 60-day extension; however, the Court will grant a 30-day extension to allow time for the identified depositions. Thus, the discovery cutoff is extended up to and including **September 15, 2011**, for the sole purpose of deposing Mr. Peterson, Mr. Simkins, and possibly two unknown CDOC witnesses, provided they are identified and deposed within the deadline. The deadline for filing dispositive motions is extended up to and including **October 14, 2011**. The Court will grant no further extensions of these deadlines absent a showing of exceptional cause.

     In order to accommodate these reset deadlines, the Final Pretrial Conference set for November 15, 2011 is **vacated** and **rescheduled** to **December 13, 2011**, at **9:30 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

     The parties shall submit their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L. **no later than five (5) business days** prior to the pretrial conference. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures must be submitted in a useable format (i.e., WordPerfect or Word only) and shall be emailed to the Magistrate Judge at *Hegarty_Chambers@cod.uscourts.gov*.

     Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

     **The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at**

**[www.co.uscourts.gov](http://www.co.uscourts.gov). Instructions for downloading in richtext format are posted in the forms section of the website.**

All out-of-state counsel shall comply with D.C. Colo. LCivR 83.3C prior to the pretrial conference.

The parties are further advised that they shall not <u>assume</u> that the court will grant the relief requested in any motion. Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not be vacated by court order may result in the imposition of sanctions.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.