**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-01759-WJM-MEH

KARVELAS L. STEVENS,

    Plaintiff,

v.

DHS DRILLING COMPANY,

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS**

---

This matter comes before the Court on the parties' Stipulated Motion to Dismiss filed October 24, 2011 (ECF No. 46). The Court being fully advised hereby ORDERS as follows:

The parties' Stipulated Motion to Dismiss is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay his or its own attorney's fees and costs.

Dated this 25th day of October, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge